# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEBRA GOMEZ, Individually and as the personal representative of the Estate of JOHN H. GOMEZ, deceased** :<br><br>**Plaintiff** :<br>v. :<br>:<br>**INDIANA HARBOR BELT RAILROAD COMPANY** :<br>:<br>**Defendant** : | NO. 17-cv-1172 |

## VOLUNTARY STIPULATION OF DISMISSAL WITHOUT PREJUDICE

TO THE CLERK:

It is stipulated by and between the attorneys for the parties that the claims of Debra Gomez are dismissed without prejudice as to all parties in this action with each party to bear its own costs.

Respectfully Submitted,

**BERN CAPPELLI, LLP**

Dated: 9/05/2017

By: /s/ Shawn M. Sassaman
SHAWN M. SASSAMAN
Attorney for Plaintiff

**THOMPSON COBURN**

By: /s/ Kurt E. Reitz
KURT E. REITZ
Attorney for Defendant

CERTIFICATE OF SERVICE

I, Shawn M. Sassaman, attorney for the Plaintiff hereby certify that a copy of the foregoing Stipulation was served on all parties of record via the Court's electronic distribution service on the 5th day of September, 2017.

BY:  s/ Shawn M. Sassaman
SHAWN M. SASSAMAN
Attorney for Plaintiff
101 West Elm Street
Suite 215
Conshohocken, PA  19428
(610) 941-4444
(610) 941-9880 fax